| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 24 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ATARI INTERACTIVE, INC.,

    Plaintiff-Appellant,

 v.

REDBUBBLE, INC.,

    Defendant-Appellee.

No. 21-17062

D.C. No. 4:18-cv-03451-JST

ORDER

Before: CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

Judges Callahan, Nelson, and Thomas voted to deny the petition for panel rehearing or rehearing en banc. No judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for panel rehearing or rehearing en banc is DENIED.